**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7465**

HAROLD E. STRICKLAND,

        Plaintiff - Appellant,

        v.

MIKE MONDULE, Sheriff; SERGEANT BREA; SERGEANT MILAM;
SERGEANT CALLAHAN; SERGEANT BOOTH; DANVILLE CITY JAIL; JOHN
DOE(S); CHIEF DEPUTY SALMON,

        Defendants – Appellees,

        and

THE CITY OF DANVILLE,

        Defendant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James P. Jones, District
Judge. (7:12-cv-00559-JPJ-PMS)

Submitted: February 27, 2015      Decided: March 12, 2015

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Harold E. Strickland, Appellant Pro Se. John Chadwick Johnson, Christopher Carey Newton, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold E. Strickland appeals the district court's order adopting the recommendation of the magistrate judge and entering judgment for Defendants in this 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Strickland v. Mondule, No. 7:12-cv-00559-JPJ-PMS (W.D. Va. Sept. 8, 2014). We deny the motions for appointment of counsel, for preparation of a transcript at government expense, and to appear at oral argument, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3